# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 2935 Disciplinary Docket No. 3 |
| | : | |
| BRYAN A. CHAPMAN | : | No. 175 DB 2022 |
| | : | |
| | : | (District of Columbia Court of |
| | : | Appeals, No. 21-BG-743) |
| | : | |
| | : | Attorney Registration No. 66451 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Bryan A. Chapman is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of 90 days. He shall comply with all the provisions of Pa.R.D.E. 217.